behalf of the other owners, or attempted to bind them as though they were undisclosed principals. The judgment appealed from should be reversed and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff-respondent stipulates to accept one third of the amount of the verdict, with interest thereon from the date of entry of the judgment, and costs, in which event the judgment as so modified is affirmed, without costs of this appeal. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Glennon, J., dissents and votes to affirm. Settle order on notice.

In the Matter of 184 REALTY CORPORATION, Appellant. LEO NEWHOUSE & CO., INC., et al., Respondents.—Order dismissing the petition unanimously affirmed, without costs, and without prejudice to the service of an amended petition setting forth facts showing a substantial change in circumstances since the prior adjudication and that the landlord is not longer receiving a fair return. (See Matter of Henard Realty Corp. [Kirsch], 272 App. Div. 1010.) Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

MAX GROSS, Respondent, v. LIBBY PROPERTIES, INC., Appellant.— The sublease to Lichtenstein, having been made under and prior to the expiration of the lease between plaintiff and defendant, continues in force under the emergency rent laws. Lichtenstein is therefore entitled to continue in possession of the space occupied by him. Whether or to what extent a right to sublet contained in a lease survives the expiration of the lease and entitles the tenant to make a new sublease during his statutory tenancy is a question we do not pass upon. The evidence in this case reveals a lack of equity in plaintiff's position. Judgment, therefore, is unanimously reversed, with costs, and the complaint dismissed, with costs. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

In the Matter of the Estate of EDWIN McCAFFERY, Deceased. WALTER B. MURPHY, Appellant; PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator of the Estate of EDWIN McCAFFERY, Deceased, Respondent.— (Nos. 540-541.) Order entered October 31, 1946, and decree entered March 28, 1945; and the order entered January 30, 1947, unanimously affirmed. No opinion. (No. 542.) While in our opinion the Surrogate had power to vacate the letters of administration issued to the public administrator at the time the application for that relief was made, we find that under the present circumstances it was within the proper exercise of his discretion to dismiss the application. Decree entered February 28, 1947, unanimously affirmed. The decrees and orders are affirmed, with one bill of costs to the respondent payable out of the estate. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 894.]

ANNA MURO et al., Respondents, v. PACKARD MOTOR CAR COMPANY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

WILLIAM O'KEEFE, Respondent, v. ADRIAN BOS et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

WILLIAM O'KEEFE, Respondent, v. ADRIAN BOS, Appellant, et al., Defendants. — Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

JOHN HUME, Respondent, v. ISBRANDTSEN COMPANY, INC., Appellant.— Order unanimously modified as follows: (a) By striking out items eighth, tenth, eleventh and sixteenth to nineteenth, inclusive, of plaintiff's demand for bill of particulars; (b) as to item second (c), the word "exact" is struck and as to item